UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

SHARON GWENDOLYN HINES, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 7:16-CV-276-BO**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 15] is DENIED and defendant's motion for judgment on the pleadings [DE 18] is GRANTED. The decision of the Commissioner is AFFIRMED.

**This Judgment Filed and Entered on September 14, 2017, and Copies To:**
Michael Gray Gillespie         (via CM/ECF electronic notification)
David M. Mansfield         (via CM/ECF electronic notification)

DATE:         PETER A. MOORE, JR., CLERK
September 14, 2017         (By) /s/ Nicole Briggeman
        Deputy Clerk